### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INTERNATIONAL UNION OF OPERATING ENGINEERS OF EASTERN PENNSYLVANIA AND DELAWARE BENEFIT PENSION FUND, et al.,** | **CIVIL ACTION** |
| **Plaintiffs** | **NO.  26-cv-1354** |
| v. | |
| **BBC MANAGEMENT SERVICES, LLC, Defendant.** | |

### O R D E R

**AND NOW**, this 22nd day of July, 2026, upon consideration of Plaintiffs' Motion to Dismiss Defendant's Amended Counterclaim (ECF Nos. 18, 20), and Defendant's opposition thereto (ECF No. 19), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Defendant's counterclaim is **DISMISSED WITH PREJUDICE**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**